IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**VITAL FARMS, INC.**                                                                                       **PLAINTIFF**

**v.**                                **Case No. 3:25-cv-00079-KGB**

**AMERICAN FARMER**
**EGG COMPANY, LLC**                                                                   **DEFENDANT**

## ORDER

Before the Court is defendant American Farmer Egg Company, LLC's ("AFEC") motion for extension of time to file reply to plaintiff's response to defendant's motion to stay discovery (Dkt. No. 18). AFEC filed a motion to stay discovery on November 7, 2025, (Dkt. No. 15) and plaintiff Vital Farms, Inc ("Vital Farms") filed a response on November 21, 2025 (Dkt. No. 17). AFEC's counsel requests a five-day extension to file a reply brief due to the Thanksgiving holiday and his travel schedule (Dkt. No. 18, ¶ 7–8). AFEC represents that Vital Farms's counsel does not oppose the requested extension (*Id.*, at 9). For good cause shown, the Court grants AFEC's motion (Dkt. No. 18). AFEC shall have until, and including, December 3, 2025, to file his reply brief.

It is so ordered this 28th day of November, 2025.

                                                                              _____
                                                                              Kristine G. Baker
                                                                              Chief United States District Judge